# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

DARLENE P. BAYLOR,

    Plaintiff,

v.                       CASE NO. 1:12-cv-00259-MP-GRJ

DAVID FRANK PETRANO, and
MARY KATHERINE DAY-PETRANO,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court *sua sponte* on the issue of federal subject matter jurisdiction. The magistrate judge previously issued an order requiring the defendants to show cause why the Court has subject matter jurisdiction over this case. (*See* doc. 10). The defendants have responded to the order to show cause. (*See* doc. 13). Accordingly, the Court requests that the magistrate judge prepare a Report and Recommendation addressing the issue of federal subject matter jurisdiction.

    **DONE AND ORDERED** this  *20th* day of February, 2013

                                      *s/Maurice M. Paul*
                                      Maurice M. Paul, Senior District Judge